**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | No. 04-4065M |
| vs. | ) ) | |
| Angie Begay, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

Defendant appeared with counsel on November 4, 2005.

Defendant admitted violating allegation D as alleged in the Government's Petition to Revoke Supervised Release.

The Court finds the defendant has violated terms and conditions of supervised release.

The Court finds defendant's supervised release should be revoked.

**IT IS ORDERED** revoking defendant's supervised release.

**IT IS FURTHER ORDERED** the defendant is committed to time served.

The defendant is advised of the right to appeal the imposed sentence by filing a Notice of Appeal within ten (10) days from the date of sentencing.

DATED this 8th day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge